516 A.2d 701

**COMMONWEALTH of Pennsylvania, Petitioner,**

v.

**HEILIG, Jr.**

Supreme Court of Pennsylvania.

Oct. 22, 1986.

Petition for Allowance of Appeal GRANTED, No. 50 M.D. Appeal Docket 1986.